UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

**Francis Jude Broussard and**      **Civil Action No. 05-0528**
**Rachel Gremillion Broussard**

**versus**      **Judge Tucker L. Melançon**

**Procter & Gamble Company,**      **Magistrate Judge C. Michael Hill**
**The Procter & Gamble Distributing**
**Company, and the Procter & Gamble**
**Manufacturing Company**

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

IT IS ORDERED that plaintiffs' request for additional time ro conduct discovery set out in its Motion in Opposition [Rec. Doc. 21] is DENIED.

IT IS FURTHER ORDERED that defendants' Motion for Summary Judgment [Rec. Doc. 19] is GRANTED and plaintiffs' claims are DISMISSED WITH PREJUDICE.

Thus done and signed this 22nd day of November, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE